UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:11CR424 HEA |
| | ) |
| JEREMY LOVE, | ) |
| | ) |
| Defendant. | ) |

### **ORDER**

**IT IS HEREBY ORDERED** that a change of plea hearing is set in this matter for Thursday, April 26, 2012, at 11:00 a.m. in the courtroom of the undersigned.

Dated this 23rd day of April, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE